# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNITED STATES OF AMERICA

vs.

**CODY JAMES MEEKS**  No. CR 21-75-BLG-SPW

DOB:  /1995  PETITION TO OPEN JUVENILE RECORDS

SSN: XXX-XX-3921

Whereas the above-named defendant entered a plea of <u>Guilty</u> to the offense of <u>Prohibited Person in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1),</u> in the United States District Court for the District of Montana, the Petitioner requests all juvenile records pertaining to the defendant, including law enforcement, Department of Public Health and Human Services, Child and Family Services, Youth Court and/or Detention Services, Department of Corrections records, and any records of alcohol, drug and mental health treatment, be made available for the purpose of preparing a Presentence Investigation Report for the Court.

_____
United States Probation Officer

12/08/2021
Date

\* \* \* \* \* \* \* \* \* \*
**ORDER**
\* \* \* \* \* \* \* \* \* \*

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order the release of pertinent juvenile records held by any law enforcement agency, Department of Public Health and Human Services, Child and Family Services, Youth Court and/or Detention Services, Department of Corrections, and alcohol, drug and mental health treatment agency, to the Petitioner or authorized agency of the United States Probation Office for the purpose of preparing a Presentence Investigation Report for the Court.

_____
United States District Judge

Dated this 8th day of Dec., 2021.